**Kwame ASAFO–ADJEI, Plaintiff–Appellant,**

v.

**MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, Defendant–Appellee.**

**No. 02–2468.**

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2003.

Decided March 28, 2003.

Kwame Asafo Adjei, Appellant Pro Se. Michael O'Connor Doyle, Department of Public SaFety and Correctional Services, Baltimore, Maryland, for Appellee.

Before WILKINSON, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kwame Asafo–Adjei appeals the district court's order granting summary judgment in favor of the Maryland Department of Public Safety and Correctional Services on his discrimination claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2002). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Asafo–Adjei v. Maryland Dep't of Pub. Safety & Correctional Servs.*, No. CA–01–799–MJG (D.Md. Nov. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*